THE KNICKERBOCKER COMPANY, Respondent, *v.* ALFRED G. BURNHAM, Appellant.

(Argued April 27, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered July 7, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Lansing* for appellant.

*Charles H. Watts* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.